Glassey | Smith
Sharon E. Glassey, SBN: 226481
Christopher T. Smith, SBN: 281599
Joshua C. Anaya, SBN: 265444
9685 Via Excelencia, Suite 108
San Diego, CA 92126
TEL: (858) 207-6127
FAX: (858) 263-0218
sharon@californiaconsumerattorneys.com
chris@californiaconsumerattorneys.com
josh@californiaconsumerattorneys.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| **Weerachai Chaiwong**, an individual;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**Hanlees Fremont, Inc.**, a California corporation, dba **Hanlees Fremont Hyundai**;<br>**Ally Financial, Inc.**, a Delaware corporation; and<br>**Does 1 through 75**, inclusive,<br><br>　　　　　Defendants. | Case No. 3:16-cv-04074-HSG<br><br>**Stipulated Request for Order Continuing the Case Management Conference and Other Pending Deadlines (Civil L.R. 6-2); [PROPOSED] Order**<br><br>Judge:　　Hon. Haywood S. Gilliam, Jr.<br>Courtroom:　10<br><br>Complaint Filed:　May 25, 2016<br>Removed:　　　July 20, 2016 |

1  Plaintiff Weerachai Chaiwong, Defendant Hanlees Fremont, Inc., dba Hanlees Fremont Hyundai,
2  and Defendant Ally Financial, Inc., hereinafter collectively referred to as the Parties, by and through their
3  respective attorneys of record, hereby enter into the following Stipulation.
4  WHEREAS, Plaintiff filed the instant action in California state court on May 25, 2016.
5  WHEREAS, Defendant Ally removed the instant action on July 20, 2016. Defendant Ally moved
6  to dismiss Plaintiff's Complaint. Plaintiff filed a First Amended Complaint. Defendant Ally moved to
7  dismiss Plaintiff's First Amended Complaint, which is set for hearing on December 15, 2016.
8  WHEREAS, Defendant Hanlees appeared in the action on September 26, 2016, by answering and
9  filing a cross-complaint against Defendant Ally.
10  WHEREAS, the pleadings are not at issue to all parties.
11  WHEREAS, a case management statement is due by October 18, 2016.
12  WHEREAS, a case management conference (CMC) is currently set for October 25, 2016.
13  WHEREAS, the Parties agree that a continuance of the CMC to December 15, 2016, will permit
14  more efficient case management, will serve the interests of judicial economy, and will conserve the resources
15  of the Parties and the Court.
16  WHEREAS, the Parties have not previously requested any CMC continuances.
17
18  THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate and agree, through
19  their respective counsel, as follows:
20
21  1.  The October 18, 2016, CMC shall be taken off calendar, and rescheduled for December 15,
22  2016, or another date that is convenient for the Court's schedule.
23
24  2.  The deadline to file the case management statement shall be continued to seven days prior
25  to the new date for the CMC.
26
27
28

1  IT IS SO STIPULATED.

2

3  October 13, 2016                                    Glassey | Smith

4                                                      /s/ Joshua C. Anaya
                                       By:             _____
5                                                      Joshua C. Anaya
                                                       Attorneys for Plaintiff
6

7  October 13, 2016                                    Law Offices of Martin Putnam

8                                                      /s/ Maritn Putnam
                                       By:             _____
9                                                      Martin Putnam
                                                       Attorneys for Defendant Hanlees
10                                                     Fremont, Inc.

11 October 13, 2016                                    Severson & Werson

12                                                     /s/ Mary Kate Kamka
                                       By:             _____
13                                                     Mary Kate Kamka
                                                       Attorneys for Defendant Ally
14                                                     Financial, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. Request for Order Cont. CMC; [PROPOSED] Order - 3:16-cv-04074-HSG

1                                [~~PROPOSED~~] Order

2    PURSUANT TO STIPULATION, IT IS SO ORDERED

5    DATE: October 13, 2016            By: _/s/ Haywood S. Gilliam, Jr._
                                                       Hon. Haywood S. Gilliam, Jr.

4

Stip. Request for Order Cont. CMC; [~~PROPOSED~~] Order - 3:16-cv-04074-HSG