MARTIN S. PUTNAM, SBN: 160951
LAW OFFICES OF MARTIN PUTNAM
1300 Clay Street, Suite 600
Oakland, CA 94612
Tel: (510) 466-6300
Fax: (510) 225-2625
martin@putnamlaw.com

Attorneys for Defendant and Cross-Complainant
Hanlees Fremont, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| Weerachai Chaiwong, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Hanlees Fremont, Inc., a California corporation, dba Hanlees Fremont Hyundai;<br>Ally Financial, Inc., a Delaware corporation; and Does 1 through 75, inclusive,<br>Defendants. | Case No. 3:16-cv-04074-HSG<br><br>Stipulation to Extend Time for Hanlees Fremont, Inc. to Respond to Ally Financial, Inc.'s Notice of Motion and Motion to Dismiss Cross-Claims pursuant to Local Rule 6-1, and to Extend Time for Ally's Reply Thereto<br><br>Hearing Date: January 26, 2017<br>Time:             2:00 p.m.<br>Judge:           Hon. Haywood S. Gilliam, Jr.<br>Courtroom:   10<br><br>Action Filed: May 25, 2016<br>Removed: July 20, 2016 |

   Pursuant to Local Rule 6-1, Defendant Hanlees Fremont, Inc. ("Hanlees") and Defendant Ally Financial Inc. ("Ally") (together, the "Parties") by and through their respective counsel of record, hereby stipulate as follows:

## STIPULATION

WHEREAS, Defendant Ally Financial filed a Notice of Motion and Motion to Dismiss the Cross-Claims of Defendant Hanlees Fremont, Inc. ("Motion to Dismiss") on November 7, 2016;

WHEREAS, Hanlees' response to the Motion to Dismiss is presently due for filing and service on November 21, 2016, and Ally's reply to Hanlees' response is presently due November 28, 2016;

WHEREAS, Ally has agreed to extend Hanlees' time to respond to the Motion to Dismiss by fourteen (14) days, until December 5, 2016, to allow Hanlees sufficient time to respond in view of the issues raised, Hanlees counsel's trial schedule and staff availability;

WHEREAS, Hanlees has agreed to extend Ally's time to reply to Hanlees' response to the Motion to Dismiss by fourteen (14) days after the stipulated new due date for Hanlees' response, until December 19, 2016, to allow Ally sufficient time to reply to Hanlees' response to the Motion to Dismiss in view of Ally's counsel's trial schedule; and

WHEREAS, this extension will not have any effect on the current schedule for the case;

IT IS HEREBY STIPULATED TO, by and between the Parties herein, through their respective attorneys of record, that Hanlees will have a fourteen (14) day extension, up to and including December 5, 2016, in which to file and serve a response to Ally's Motion to Dismiss; and Ally will have (14) days thereafter, until December 19, 2016, in which to file and serve a reply to Hanlees' response.

This Stipulation is the first extension of time to respond to Ally's Motion to Dismiss requested by Hanlees, and is the first extension of time to reply to Hanlees'

-2-

Stipulation to Extend Time for Hanlees Fremont, Inc. to Respond to Ally Financial, Inc.'s Notice of Motion and Motion to Dismiss Cross-Claims pursuant to Local Rule 6-1, and to Extend Time for Ally's Reply Thereto 3:16-cv-04074-HSG

response requested by Ally, and is made without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action.

DATED:  November 21, 2016           SEVERSON & WERSON
                                    A Professional Corporation


                                    By:    /s/ Mary Kate Kamka
                                           Mary Kate Kamka
                                    Attorneys for Defendant ALLY FINANCIAL INC.



                                    LAW OFFICES OF MARTIN PUTNAM

Dated: November 21, 2016    By:    /s/ Martin S. Putnam
                                   Martin S. Putnam
                                   Attorneys for Defendant and Cross-Complainant
                                   Hanlees Fremont, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: December  7 , 2016     By: /s/ Haywood S. Gilliam, Jr.
                                   Judge Haywood S. Gilliam, Jr.

-3-

Stipulation to Extend Time for Hanlees Fremont, Inc. to Respond to Ally Financial, Inc.'s Notice of Motion and Motion to Dismiss Cross-Claims pursuant to Local Rule 6-1, and to Extend Time for Ally's Reply Thereto 3:16-cv-04074-HSG