MARTIN S. PUTNAM, SBN: 160951
LAW OFFICES OF MARTIN PUTNAM
1300 Clay Street, Suite 600
Oakland, CA 94612
Tel: (510) 466-6300
Fax: (510) 225-2625
martin@putnamlaw.com

Attorneys for Defendant and Cross-Complainant
Hanlees Fremont, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| Weerachai Chaiwong, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Hanlees Fremont, Inc., a California corporation, dba Hanlees Fremont Hyundai;<br>Ally Financial, Inc., a Delaware corporation; and Does 1 through 75, inclusive,<br>Defendants. | Case No. 3:16-cv-04074-HSG<br><br>STIPULATION AND ~~PROPOSED~~ ORDER Extending Time for Hanlees Fremont, Inc. to Respond to Ally Financial, Inc.'s Notice of Motion and Motion to Dismiss Cross-Claims, and to Extend Time for Ally's Reply Thereto<br><br>[Civil L.R. 6-1(b), 6-2, 7-12]<br><br>Hearing Date: January 26, 2017<br>Time:           2:00 p.m.<br>Judge:         Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  10<br><br>Action Filed: May 25, 2016<br>Removed: July 20, 2016 |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Defendant Hanlees Fremont, Inc. ("Hanlees") and Defendant Ally Financial Inc. ("Ally") (together, "the affected parties") by and through their respective counsel of record, hereby stipulate as follows:

-1-

**STIPULATION AND ~~PROPOSED~~ ORDER**

WHEREAS, Defendant Ally Financial filed a Notice of Motion and Motion to Dismiss the Cross-Claims of Defendant Hanlees Fremont, Inc. ("Motion to Dismiss") on November 7, 2016;

WHEREAS, Hanlees' response to the Motion to Dismiss is presently due for filing and service on a stipulated extended date of December 5, 2016, and Ally's reply to Hanlees' response is presently due on a stipulated extended date of December 19, 2016;

WHEREAS, Ally has agreed to extend Hanlees' time to respond to the Motion to Dismiss by an additional fourteen (14) days, until December 19, 2016, to allow Hanlees sufficient time to respond in view of medical restrictions on activities of co-counsel Louis Liberty, on advice of neurologist Josiah Bartlett Ambrose, M.D. [Civil L.R. 6-2(a)(1)];

WHEREAS, Hanlees has agreed to extend Ally's time to reply to Hanlees' response to the Motion to Dismiss by an additional sixteen (16) days after the stipulated new due date for Hanlees' response, until January 7, 2017, to allow Ally sufficient time to reply to Hanlees' response to the Motion to Dismiss in view of Ally's counsel's trial schedule and the intervening holidays [Civil L.R. 6-2(a)(1)];

WHEREAS, one previous two-week extension of time for Hanless to respond to the Motion to Dismiss, and a corresponding extension of time for Ally to reply, were stipulated by the affected parties and filed in this docket on November 21, 2016 [Civil L.R. 6-2(a)(2)];

WHEREAS, the requested extensions will not have any effect on the current schedule for the case [Civil L.R. 6-2(a)(3)];

WHEREAS, a Court order is required for the requested extensions, in that they involve papers required to be filed with the Court [Civil L.R. 6-1(b)];

-2-

STIPULATION AND ~~PROPOSED~~ ORDER Extending Time for Hanlees Fremont, Inc. to Respond to Ally Financial, Inc.'s Notice of Motion and Motion to Dismiss Cross-Claims, and to Extend Time for Ally's Reply Thereto3:16-cv-04074-HSG

1  IT IS HEREBY STIPULATED TO, by and between the Parties herein, through their respective attorneys of record, AND THE COURT IS REQUESTED TO ORDER, that Hanlees shall have an additional fourteen (14) day extension, up to and including December 19, 2016, in which to file and serve a response to Ally's Motion to Dismiss; and Ally shall have (16) days thereafter, up to and including January 7, 2017, in which to file and serve a reply to Hanlees' response.

This Stipulation is made without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action.

DATED:  December 5, 2016          SEVERSON & WERSON
                                  A Professional Corporation


                                  By:      */s/ Erik Kemp*
                                           Erik Kemp
                                  Attorneys for Defendant ALLY FINANCIAL INC.



                                  LAW OFFICES OF MARTIN PUTNAM


Dated: December 5, 2016           By:      */s/ Martin S. Putnam*
                                           Martin S. Putnam
                                  Attorneys for Defendant and Cross-Complainant
                                  HANLEES FREMONT, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: December  7 , 2016         By:  /s/ Haywood S. Gilliam, Jr.
                                       Judge Haywood S. Gilliam, Jr.

-3-

STIPULATION AND ~~PROPOSED~~ ORDER Extending Time for Hanlees Fremont, Inc. to Respond to Ally Financial, Inc.'s Notice of Motion and Motion to Dismiss Cross-Claims, and to Extend Time for Ally's Reply Thereto3:16-cv-04074-HSG