1  MARTIN S. PUTNAM (State Bar No. 160951)
   martin@putnamlaw.com
2  1300 Clay Street, Suite 600
   Oakland, CA 94612
3  Tel. (510) 466-6300
   Fax (510) 225-2625
4
   Attorneys for Defendant and Cross-Complainant
5  HANLEES FREMONT, INC.

6              UNITED STATES DISTRICT COURT

7        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

8

| | |
|---|---|
| 9 WEERACHAI CHAIWONG, an individual, | Case No. 4:16-cv-04074-HSG |
| 10  Plaintiff, | **STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR HANLEES** |
| 11  vs. | **FREMONT, INC. TO RESPOND TO ALLY FINANCIAL'S MOTION TO** |
| 12 HANLEES FREMONT, INC., a California Corporation, dba HANLEES FREMONT | **DISMISS AMENDED CROSS-CLAIM, AND FOR ALLY TO FILE ITS REPLY,** |
| 13 HYUNDAI; ALLY FINANCIAL, INC., a Delaware Corporation; and DOES 1 through | **PURSUANT TO LOCAL RULE 6-2** |
| 14 75, inclusive, | |
| 15  Defendants. | Action Filed:    May 25, 2016 Alameda Superior |
| 16 | |
| 17 | Removed to USDC, ND of California: July 20, 2016 |

18       Pursuant to Local Rule 6-2, defendant and cross-complainant Hanlees Fremont, Inc.

19  ("Hanlees"), defendant Ally Financial Inc. ("Ally"), and Plaintiff Weerachai Chaiwong (together,

20  the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

21                          **STIPULATION**

22       WHEREAS, Hanlees filed an answer to plaintiff's second amended complaint and a first

23  amended cross-claim against Ally on October 27, 2017;

24       WHEREAS, Hanlees stipulated to a 17-day extension of time for Ally to respond to the

25  amended cross-claim, from November 10, 2017 to November 27, 2017;

26       WHEREAS, Ally filed a motion to dismiss the amended cross-claim on November 27,

27  2017;

28

1      WHEREAS, Hanlees' opposition to Ally's Motion to Dismiss is presently due to be filed

2 on December 11, 2017;

3      WHEREAS, counsel for Hanlees is engaged in a hearing on the merits of another case now

4 before the American Arbitration Association, *Gless v. Zoom,* that has been extended to December

5 11, 2017;

6      WHEREAS, the parties have stipulated to an extension of time for Hanlees to file such

7 opposition up to and including December 22, 2017;

8      WHEREAS, the extension on the deadline for Hanlees to file its opposition would make

9 Ally's reply due on December 29, 2017;

10      WHEREAS, Ally's counsel has scheduling conflicts the week of December 25, 2017, and

11 the parties have stipulated that Ally may have an extension of time to file its reply to and including

12 January 4, 2018; and

13      WHEREAS, these extensions will not have any effect on the current schedule for the case.

14      IT IS HEREBY STIPULATED, by and between the Parties hereto, through their

15 respective attorneys of record, to an order granting Hanlees an 11-day extension, up to and

16 including December 22, 2017, in which to file a response to Ally's Motion to Dismiss the

17 amended cross-claim.  IT IS FURTHER STIPULATED that Ally may have an extension on its

18 deadline to file its reply to January 4, 2018.

19      This Stipulation requests the first extension of time for Hanlees to respond to Ally's

20 motion to dismiss the amended cross-claim and for Ally to file its reply in support of the motion to

21 dismiss, and is made without prejudice to, or waiver of, any rights or defenses otherwise available

22 to the Parties in this action.

23 //

24 //

25 //

26 //

27 //

28

STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR HANLEES FREMONT, INC.
TO RESPOND TO ALLY FINANCIAL'S MOTION TO DISMISS AMENDED CROSS-CLAIM,
AND FOR ALLY TO FILE ITS REPLY, PURSUANT TO LOCAL RULE 6-2

DATED: December 11, 2017    SEVERSON & WERSON
                            A Professional Corporation


                            By:    /s/ Erik Kemp
                                        Erik Kemp

                            Attorneys for Defendant
                            ALLY FINANCIAL INC.

DATED: December 11, 2017    LAW OFFICES OF MARTIN PUTNAM


                            By:    /s/ Martin Putnam
                                        Martin Putnam

                            Attorney for Defendant and Cross-Complainant
                            HANLEES FREMONT, INC.


DATED: December 11, 2017    LAW OFFICES OF GLASSEY | SMITH


                            By: /s/ Joshua C. Anaya
                                    Joshua C. Anaya

                            Attorneys for Plaintiff
                            WEERACHAI CHAIWONG


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:    12/13/2017                _____
                                    UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR HANLEES FREMONT, INC.
TO RESPOND TO ALLY FINANCIAL'S MOTION TO DISMISS AMENDED CROSS-CLAIM,
AND FOR ALLY TO FILE ITS REPLY, PURSUANT TO LOCAL RULE 6-2