Glassey | Smith
Sharon E. Glassey, SBN: 226481
Christopher T. Smith, SBN: 281599
9685 Via Excelencia, Suite 108
San Diego, CA 92126
TEL: (858) 207-6127
FAX: (858) 263-0218
sharon@californiaconsumerattorneys.com
chris@californiaconsumerattorneys.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| **Weerachai Chaiwong**, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Hanlees Fremont, Inc.**, a California corporation, dba **Hanlees Fremont Hyundai**;<br>**Ally Financial, Inc.**, a Delaware corporation; and<br>**Does 1 through 75**, inclusive,<br><br>　　　　Defendants. | Case No. 4:16-cv-04074-HSG<br><br>**Plaintiff's Administrative Request to Appear Telephonically at Case Management Conference,** [PROPOSED] **Order**<br><br>Judge:　　Hon. Haywood S. Gilliam, Jr.<br>Courtroom:　10<br><br>Complaint Filed:　May 25, 2016<br>Removed:　　　　July 20, 2016 |

1

**Plaintiff's Administrative Request to Appear Telephonically at Case Management Conference,**
[PROPOSED] **Order - 4:16-cv-04074-HSG**

Plaintiff makes an administrative request for Christopher T. Smith, Plaintiff's lead trial counsel, to appear telephonically at the Case Management Conference set for Wednesday, October 24, 2018, at 2:00 p.m. Plaintiff's counsel's office is located in San Diego, California. Plaintiff's counsel does not have an office in the Bay Area counties or in the counties covered by the San Francisco Division of the Northern District of California.

Allowing Mr. Smith to appear at the Case Management Conference by CourtCall will permit more efficient case management, will serve the interests of judicial economy, and will conserve the resources of the Parties and the Court.

October 18, 2018

Glassey | Smith

By: *(signature)*

Christopher T. Smith
Attorneys for Plaintiff

[~~PROPOSED~~] **Order**

Plaintiff's Administrative Request to Appear Telephonically at the Case Management Conference set for Wednesday, October 24, 2018, at 2:00 p.m. is GRANTED. Christopher T. Smith is permitted to telephonically attend the Case Management Conference. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATE: October 22, 2018

By: _____
Hon. Haywood S. Gilliam, Jr.

3

Plaintiff's Administrative Request to Appear Telephonically at Case Management Conference, [~~PROPOSED~~] Order - 4:16-cv-04074-HSG