1  LOUIS A. LIBERTY (SBN: 147975)
2  **LOUIS LIBERTY & ASSOCIATES, a PLC**
   1032 Flying Fish Street
3  Foster City, CA 94404
   Tel: (650) 341-0300
4  lou@carlawyer.com

5  Attorneys for Defendant and Cross-Complainant
   Hanlees Fremont, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| **Weerachai Chaiwong**, an individual, | Case No. 3:16-cv-04074-HSG |
| Plaintiff, | Defendant Hanlees Fremont, Inc.'s Administrative Request to Appear Telephonically at Case Management Conference, [PROPOSED] Order |
| v. | |
| **Hanlees Fremont, Inc.,** a California corporation, dba **Hanlees Fremont Hyundai; Ally Financial, Inc.,** a Delaware corporation; and **Does 1 through 75**, inclusive, | Hearing Date: October 24, 2018<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 10 |
| Defendants. | Action Filed: May 25, 2016<br>Removed: July 20, 2016 |

Defendant makes an administrative request for Louis Liberty to appear telephonically at the Case Management Conference set for Wednesday, October 24, 2018, at 2:00 p.m.

Allowing Mr. Liberty to appear at the Case Management Conference by CourtCall will

1

**Defendant's Administrative Request to Appear Telephonically at Case Management Conference, [PROPOSED] Order- 4:16-cv-04074-HSG**

permit more efficient case management, will serve the interests of judicial economy, and will conserve the resources of the Parties and the Court.

Dated**:** October 20, 2018                  **LOUIS LIBERTY & ASSOCIATES, a PLC**

By: _____*/s/ Louis Liberty*_____
      Louis Liberty, Esq.
      Attorneys for Defendant and Cross-Complainant
      Hanlees Fremont, Inc.

### [PROPOSED] Order

Defendant's Administrative Request to Appear Telephonically at the Case Management Conference set for Wednesday, October 24, 2018, at 2:00 p.m. is GRANTED. Louis A. Liberty is permitted to telephonically attend the Case Management Conference. Defendant's counsel shall contact CourtCall to schedule a telephonic appearance.

Dated**:** 10/22/2018                        By: _____
                                                              Hon. Haywood S. Gilliam, Jr.



DENIED
Judge Haywood S. Gilliam Jr.

2

**Defendant's Administrative Request to Appear Telephonically at Case Management Conference, [PROPOSED] Order- 4:16-cv-04074-HSG**